# U.S. District Court

1. **Western District of North Carolina**

## Notice of Electronic Filing

The following transaction was entered on 9/5/2012 at 13:29 PM EDT and filed on 9/5/2012

| | |
|---|---|
| **Case Name:** | USA v. Moss |
| **Case Number:** | **3:02-cr-00136-FDW** |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**TEXT-ONLY ORDER finding as moot [43] Motion to Vacate (2255) as to T. B. Moss Jr. (1)** *Text of Order: The Court finds Defendant's motion to vacate his sentence MOOT because he has been released from imprisonment and his supervised release was terminated early. So Ordered.***(Pro se litigant served by US Mail.) (FDW)**
**Civil Case 3:12-cv-00309-FDW closed.**


**3:02-cr-00136-FDW-1 Notice has been electronically mailed to:**

**3:02-cr-00136-FDW-1 Notice will not be electronically mailed to:**

Robert John Gleason
U.S. Attorney's Office
227 W. Trade Street, Suite 1650
Charlotte, NC 28202

T. B. Moss, Jr(Terminated)
19122-058
MCCREARY U.S. PENITENTIARY - Inmate Mail
P.O. BOX 3000
PINE KNOT, KY 42635

Tanzania Cannon-Eckerle
Cannon Eckerle Law Services
13000 S. Tryon Street, Suite F
PO Box 122
Charlotte, NC 28278