# United States District Court
# For The Western District of North Carolina
# Charlotte Division

T. B. Moss,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      3:12cv309 & 3:02cr136

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/5/12 Order.

                                            Signed: September 14, 2012

Frank G. Johns, Clerk
United States District Court